IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

**DENNIS NORMAN, on behalf of**
**a class of similarly situated individuals**

   **Plaintiffs,**

v.               Civil Action No.:  5:17-cv-04048

**RALEIGH HEART CLINIC, INC.; THAIR**
**BARGOUTHI, MD; JOHN DOES 1**
**THROUGH 10; DOE GENERAL HOSPITAL;**
**a CARDINAL HEALTH 414, LLC;**
**CARDINAL HEALTH 100, INC.; and**
**CARDINAL HEALTH**

   **Defendants.**

## VOLUNTARY DISMISSAL ORDER

On this date came Dennis Norman, on behalf of a class of similarly situated individuals, by counsel, Amanda J. Taylor, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and hereby voluntarily dismisses ALL COUNTS filed in the complaint, without prejudice.

It is hereby **ORDERED, ADJUDGED** and **DECREED** that Plaintiffs' claims as set forth herein are hereby dismissed, without prejudice. The Clerk of the Court is hereby **ORDERED** to send certified copies of this Order to all parties and counsel of record.

Entered this 27th day of October, 2017.

                  _____
                  IRENE C. BERGER
                  UNITED STATES DISTRICT JUDGE
                  SOUTHERN DISTRICT OF WEST VIRGINIA

Prepared by:

//s// Amanda J. Taylor
Stephen P. New (#7756)
Amanda J. Taylor (#11635)
PO Box 5516
Beckley, WV 25801